IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NELSON S CABUGAO,　　　　　　　　　　　　No. C 09-0240 PJH

　　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

　v.

MICHAEL MUKASEY, et al.,

　　　　　Defendant.
_____/

    Plaintiff's counsel of record in the above-entitled matter having failed to appear at the case management conference on April 23, 2009, and the court having been advised that she is no longer with ASK Law Group, and plaintiff having filed no substitution of counsel, plaintiff is hereby ordered to show cause why the case should not be dismissed for failure to prosecute. The order to show cause may be discharged by the filing by plaintiff of a substitution of counsel, either substituting new counsel or himself *in pro per*, by May 15, 2009.

    Counsel for defendants appeared at the case management conference although they have not yet been properly served.

    The hearing on the order to show cause will be held on **May 21, 2009 at 2:30 pm.** If plaintiff fails to appear, the case may be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: April 23, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE